IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:20cr75-RJC |
| ) | |
| ) | **BILL OF INFORMATION** |
| Vs. ) | |
| ) | Violations: |
| ) | 21 U.S.C. § 841 |
| ) | |
| DANIEL JOHN HODGES ) | |
| ) | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

From in or about September 2018 through in or about September 2019, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, defendant,

### DANIEL JOHN HODGES,

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, anabolic steroids; including but not limited to the following anabolic steroids: Testosterone Enanthate, Testosterone Cypionate, Decadurabolin, Dianabol, Anavar and Winstrol, all Schedule III controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1).

# NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c). Under section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by § 981(a)(1)(C). The defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with section 982 and/or section 2461(c):

 a. all property involved in the violations alleged in this bill of information;

 b. all property which is proceeds of such violations; and

 c. in the event that any property described in (a) and (b) cannot be located or recovered or has been substantially diminished in value or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, to the extent of the value of the property described (a) and (b).

The Grand Jury finds probable cause to believe that the following property, seized on or about September 24, 2019, is subject to forfeiture on one or more of the grounds stated above:

 a. An Electronic Pill Press/Tableting Machine TDP 5 Electric Desktop Tablet Press (S/N AEAA196366)
 b. A Manual Pill Press/Tableting Machine
 c. A Black/Blue Android phone
 d. A Silver/Gold Apple iPhone
 e. A black Apple iPhone
 f. A Thinkpad Laptop computer
 g. An ACER Aspire Laptop computer
 h. $2,220 in U.S. currency

R. ANDREW MURRAY
UNITED STATES ATTORNEY

*Jenny Dugan for*
MARK T. ODULIO
ASSISTANT UNITED STATES ATTORNEY