IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CR-075-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DANIEL JOHN HODGES, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by C. Melissa Owen, concerning Richard D. Collins, on February 24, 2020. Richard D. Collins seeks to appear as counsel *pro hac vice* for Defendant Daniel John Hodges. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Richard D. Collins is hereby admitted *pro hac vice* to represent Defendant John Hodges.

Signed: February 24, 2020

David C. Keesler
United States Magistrate Judge